IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY M. SIPE, : | |
|     Plaintiff : | |
|     v. : | Case No. 3:23-cv-185-KAP |
| CLEARFIELD COUNTY JAIL, *et al.*, : | |
|     Defendants : | |

<u>Memorandum Order</u>

    Plaintiff's motion for appointment of counsel, ECF no. 13, is denied. Local Civil Rule 10.C still provides that "[a]bsent special circumstances, no motions for the appointment of counsel will be granted until after dispositive motions have been resolved." Plaintiff's confinement still does not present a special circumstance because the vast majority of *pro se* litigants are inmates. The local rule reflects the experience-based judgment of the District Court that counsel should be reserved for cases pending trial because of the limited number of attorneys who will consider representing inmates *pro bono*. This does not prevent plaintiff from seeking counsel independently.

    All of the defendants have been served and have filed motions to dismiss at ECF no. 10 and ECF no. 16. Plaintiff's responses shall be filed on or before March 16, 2024.

DATE: February 26, 2024

                                            Keith A. Pesto,
                                            United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

Jeremy M. Sipe, Booking No. 22-679
Clearfield County Jail
115 21st Street
Clearfield, PA 16830